## ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Patrick J. HUGHES, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
**Respondent.**

No. 2006–3306.

United States Court of Appeals, Federal Circuit.

Aug. 29, 2006.

Patrick J. Hughes, pro se.

## ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

**Debra L. RETHABER, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2006–3311.

United States Court of Appeals, Federal Circuit.

Aug. 29, 2006.

## ORDER

Order Vacated, *See* 2006 WL 2711964.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

for failure to prosecute in accordance with the rules.

### George E. KERSEY, Plaintiff–Appellant,

v.

### UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY and Director of the Patent and Trademark Office, Defendants–Appellees.

No. 05–1272.

United States Court of Appeals, Federal Circuit.

Aug. 30, 2006.

George E. Kersey, pro se.

### ORDER

Appellant having paid the initial filing fee, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.

### Loren Stephen LOOMIS, Plaintiff–Appellee,

v.

### UNITED STATES, Defendant–Appellant.

No. 2006–5095.

United States Court of Appeals, Federal Circuit.

Aug. 31, 2006.

### *ORDER*

Upon consideration of the United States' unopposed motion to voluntarily dismiss its appeal of the judgment entered by the United States Court of Federal Claims in *Loomis v. United States,* 68 Fed.Cl. 503,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

